UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SYSCO PHILADELPHIA, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MH PRODUCE, LLC AND HASAN HANCER,<br><br>        Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 12-441<br>(JEI/AMD)<br><br>**ORDER** |

**APPEARANCES**:
CAPEHART SCATCHARD P.A.
By: Sergio I. Scuteri
Thomas A. Clark
8000 Midlantic Drive
Suite 300S
Mt. Laurel, NJ 08054
    Counsel for Plaintiff


**IRENAS**, Senior District Judge:

    This matter having appeared before the Court on Plaintiffs' Motion for Default Judgment (Dkt. No. 8), the Court having reviewed the party's submissions, and the Clerk of the Court having already entered default against Defendants MH Produce, LLC and Hasan Hancer, accordingly,

    **IT IS** on this 12th day of April, 2012,

**ORDERED THAT**:

(1) Plaintiff's Motion for Default Judgment (Dkt. 8) is **GRANTED**. Judgment has been entered against Defendants, jointly and severally, in the total amount of $61,487.92, itemized as follows: (a) Unpaid debt totaling $56,638.03; (b) Interest accrued up to March 8, 2012 of $1,204.15; (c) Interest accrued from March 9 until the date of this Judgment in the amount of $977.55; (d) non-sufficient funds fees of $50.00; (e) Legal fees and costs in the amount of $2,618.19.

(2) The Clerk of the Court is ordered to **CLOSE THIS CASE**.

_____
Joseph E. Irenas, S.U.S.D.J.